IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 20-30072-NJR |
| ) | |
| MARCO B. ORR, ) | Title 18, United States Code, Section 922(g)(1) |
| ) | |
| Defendant. ) | |

**FILED**

**JUN 2 4 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**FELON IN POSSESSION OF A FIREARM**

On or about May 2, 2020, in St. Clair County, Illinois, within the Southern District of Illinois,

**MARCO B. ORR,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Aggravated Battery with Great Bodily Harm, on or about December 11, 2013, in Case No. 11CF00460, in the St. Clair County Illinois Circuit Court, did knowingly possess a firearm, to wit: a Del Ton DIT-15 5.56mm rifle, Bearing Serial Number S115314, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE OF FIREARMS ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**Marco B. Orr,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a Del Ton DIT-15 5.56mm rifle, Bearing Serial Number S115314, any and all ammunition contained therein.

A TRUE BILL

_____
ALEXANDRIA M. BURNS
Assistant United States Attorney

_____
STEVEN D. WEINHOEFT
United States Attorney