IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CRIMINAL NO. 20-CR-30072-NJR |
| MARCO B. ORR, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION AND CONSENT TO FORFEITURE

The Defendant agrees to forfeit to the United States immediately and voluntarily any electronic equipment which are subject to forfeiture pursuant to 18 U.S.C. § 924(d). The items to be forfeited include the following:

**A Del Ton DIT-15, 5.56mm, bearing serial number S115314, and any and all ammunition contained therein.**

All assets to be forfeited include property used or intended to be used to facilitate the commission of the offense to which the Defendant is pleading guilty as well as any and all property constituting proceeds from said offense.

If the Court finds that said items are forfeitable, the United States may, at its discretion, proceed with the destruction of said items without completing the forfeiture process against same.

The United States may abandon forfeiture of any of the items by filing notice of same with the Court.

The Defendant agrees to forfeit all interests in the properties as described above and to take whatever steps are necessary to pass clear title to the United States. These steps include but are not limited to, the surrender of title, the signing of a consent decree of forfeiture, the signing of any other documents necessary to effectuate such transfers, and the execution of withdrawals of

any claims or defenses which may have previously been asserted against the forfeiture of any of the property. The Defendant further authorizes his attorney to execute on the Defendant's behalf any documents requested by the Government to effectuate the forfeitures.

The Defendant agrees to consent to any civil or administrative forfeiture brought against the property described above pursuant to 21 U.S.C. § 881. The Defendant waives service of process or notice in any such civil or administrative proceeding and agrees that an order for forfeiture may be entered in said civil or administrative proceeding without further notice or hearing.

If requested by the Government, the Defendant will take all steps necessary to locate property and to pass title to the United States before the Defendant's sentencing.

The Defendant agrees that forfeiture of the Defendant's assets shall not be treated as satisfaction of any fine, restitution, costs of imprisonment, or any other penalty this Court may impose upon the Defendant in addition to forfeiture.

The Defendant further specifically waives the following constitutional or legal rights, which he may otherwise possibly have had:

    (a)    Any right to assert that the forfeitures violate the Eighth Amendment of the Constitution or otherwise constitute an excessive fine or forfeiture or cruel and unusual punishment.

    (b)    Any right to assert that the imposition of the forfeitures constitutes jeopardy with respect to the constitutional prohibition against double jeopardy; and the Defendant specifically agrees that the imposition of any fine, restitution, imprisonment, costs of imprisonment, or penalty (either judicial or administrative) shall not be barred by the imposition of the forfeitures, nor shall the imposition of the forfeitures be barred by any such fine, restitution, imprisonment, costs of imprisonment, or penalty (either judicial or administrative).

    (c)    Any requirement that the forfeitures must be commenced or completed at

or by any particular time, including but not limited to any time or date imposed by a statute of limitations, any other statute, the doctrine of laches, or any administration rule or regulation. The Defendant further specifically agrees that the Court may immediately enter a preliminary order of forfeiture in this criminal proceeding consistent with this plea agreement and that it is not necessary to wait for the formal sentencing of the Defendant for the entry of said order.

Dated: 4/8/21

_____
MARCO B. ORR
Defendant

_____
KIM C. FRETER
Attorney for Defendant